UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN SAENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | No. 2:20-cv-2042-JDP (PC)<br><br>ORDER TRANSFERRING THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br><br>ECF No. 1 |

    Plaintiff, a prisoner proceeding without counsel, brings this civil rights action under 42 U.S.C. § 1983. For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b). Here, the claims arose in Riverside County, which is within the boundaries of the United States District Court for the Central District of California. Therefore, the court finds that this action most appropriately proceeds in that district. *See* 28 U.S.C. § 1406(a).

    Accordingly, it is hereby ordered that this matter is transferred to the United States District Court for the Central District of California.

1
2   IT IS SO ORDERED.
3
4   Dated:   December 8, 2020                    _____
                                                  JEREMY D. PETERSON
5                                                 UNITED STATES MAGISTRATE JUDGE