JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN SAENZ, | Case No. 5:20-cv-02542-MCS (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RALPH DIAZ, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: November 22, 2021

HON. MARK C. SCARSI
United States District Judge